IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE TRUST OF NORTHERN CALIFORNIA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL AIR BALANCE COMPANY, INC.,<br><br>Defendant. | No. C 11-00030 SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

The Court has reviewed *de novo* the files and records in this case, and the December 2, 2011 Report and Recommendation issued by Magistrate Judge Beeler. The Report and Recommendation was served on defendant on December 6, 2011, ECF No. 36, and no objections have been filed thereto. The Court concurs in Judge Beeler's findings and analysis, and finds that plaintiffs' motion for default judgment, fees and costs is properly supported and should be granted.

As such, plaintiffs' motion is GRANTED and plaintiffs are awarded judgment in the amount of $186,013.11. This represents $104,992.11 in delinquent contributions; $69,503.36 in liquidated damages; $9,090.58 interest; $1,665.00 in attorney's fees; and $762.06 in costs.

**IT IS SO ORDERED.**

Dated: January 8, 2012

SUSAN ILLSTON
United States District Judge