**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE TRUST OF NORTHERN CALIFORNIA et al., | No. C 11-00030 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| TOTAL AIR BALANCE COMPANY, INC., | |
| Defendant. | |

In accordance with the Order Adopting the Report and Recommendation re: Plaintiffs' Motion for Default Judgment, judgment is hereby entered against Defendant in the amount of $186,013.11.

**IT IS SO ORDERED.**

Dated: Juanury 8, 2012

SUSAN ILLSTON
United States District Judge