IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE TRUST OF NORTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOTAL AIR BALANCE COMPANY, INC., <br><br> Defendant. | No. C 11-00030 SI <br><br> **JUDGMENT** |

In accordance with the Order Adopting the Report and Recommendation re: Plaintiffs' Motion for Default Judgment, judgment is hereby entered against Defendant in the amount of $186,013.11.

**IT IS SO ORDERED.**

Dated: Juanury 8, 2012

_____
SUSAN ILLSTON
United States District Judge