```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone:  (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>TOTAL AIR BALANCE COMPANY, etc.,<br><br>    Defendant. | NO.  C 11 0030 SI (MEJ)<br><br>(~~PROPOSED~~)<br><u>ORDER OF EXAMINATION</u> |

To:  John Hinmon, Custodian of Records and Officer of
      Corporate Judgment Debtor
  T.A.B.C.O. Inc.
  1140 Sunset Blvd. #142
  Rocklin, CA 95765

  You the above named custodian of records and officer of judgment debtor ARE HEREBY ORDERED to appear personally on Monday, June 11, 2012 at 9:30 a.m. at 450 Golden Gate Avenue, Courtroom B, 15th Floor, San Francisco, CA 94612 before the Magistrate Judge Maria-Elena James then and there to be examined on oath concerning your property or other matters material to the proceedings.

  You are ordered to bring with you the following documents:

  1. The corporation's bylaws, share register and minute book;

<u>ORDER OF EXAMINATION</u>       1

    2.   Title documents to all equipment and vehicles of debtor;

    3.   Annual Financial Statements for 2011, and all monthly financial statements for 2012 to date;

    4.   Federal tax returns for the last year reported;

    5.   All bank statements, deposit slips and canceled checks for all accounts for January 2012 to date;

    6.   The last tax return filed with the Franchise Tax Board;

    7.   Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from December 1, 2011 to date;

    8.   All accounts receivable lists generated by the Company in the last six months;

    9.   Cash Disbursement Journals for 2012;

    10.  All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor.

    NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: May 9, 2012                     _____
                                       Magistrate Judge Maria-Elena James

ORDER OF EXAMINATION                   2