```
 1  MURIEL B. KAPLAN (St. Bar #124607)
    MICHELE R. STAFFORD (St. Bar #172509)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
 3  San Francisco, CA  94104
    Tel: (415) 882-7900
 4  Fax: (415) 882-9287
    Email mkaplan@sjlawcorp.com
 5        mstafford@sjlawcorp.com

 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO. C 11 0030 SI |
|---|---|
| Plaintiffs, | SUBSTITUTION OF ATTORNEYS |
| vs. | |
| TOTAL AIR BALANCE, etc., | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please take notice that Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, hereby make the following substitution of attorneys:

Former Attorneys:
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965

should be removed and, consequently, should no longer receive notice of e-Filings.

SUBSTITUTION OF ATTORNEY                                                1

Plaintiffs' new co-counsel of record will be:

MURIEL B. KAPLAN (St. Bar #124607)
MICHELE R. STAFFORD (St. Bar #172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com
      mstafford@sjlawcorp.com

The following attorneys consent to this substitution:

Dated: 3/21, 2013        ERSKINE & TULLEY
                         A PROFESSIONAL CORPORATION

                         _____
                         MICHAEL J. CARROLL
                         Former Attorneys for Plaintiffs
                         Boards of Trustees, et al.

Dated: 5/29, 2013        SALTZMAN & JOHNSON LAW CORPORATION

                         _____
                         MURIEL B. KAPLAN
                         New Attorneys for Plaintiffs
                         Boards of Trustees, et al.

The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al. hereby consent to the above substitution.

Dated: 3/21, 2013        BOARDS OF TRUSTEES OF THE SHEET METAL
                         WORKERS, et al.

                         _____
                         Bruce Word, Trustee

IT IS SO ORDERED.

Dated: 6/21, 2013        _____
                         Judge Susan Illston
                         United States District Court

SUBSTITUTION OF ATTORNEY                                2

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 24, 2013, I served the following document(s):

**SUBSITUTION OF ATTORNEYS**

on the interested parties to this action, in the manner described as follows, addressed as below:

XX   **MAIL** by placing the envelope for collection and mailing on the date shown above following our ordinary business practices. Being readily familiar with this business's practice for collecting and processing correspondence for mailing, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed enveloped with postage fully prepaid:

| Total Air Balance Company, Inc.<br>John Hinmon, President<br>1140 Sunset Boulevard, Suite 142<br>Rocklin, CA 95765 | Total Air Balance Company, Inc.<br>John Hinmon, President<br>4340 Stevens Creek Blvd., #167<br>San Jose, CA 95129 |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of June 2013, at San Francisco, California.

*/s/ Alicia Rutkowski*
Alicia Rutkowski