```
 1  MURIEL B. KAPLAN (St. Bar #124607)
    MICHELE R. STAFFORD (St. Bar #172509)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
 3  San Francisco, CA  94104
    Tel: (415) 882-7900
 4  Fax: (415) 882-9287
    Email mkaplan@sjlawcorp.com
 5        mstafford@sjlawcorp.com

 6  Attorneys for Plaintiffs

 7

 8                      UNITED STATES DISTRICT COURT

 9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SHEET METAL )   NO. C 11 0030 SI
    WORKERS, et al.,                     )
12                                       )   SUBSTITUTION OF
                          Plaintiffs,    )   ATTORNEYS
13                                       )
            vs.                          )
14                                       )
    TOTAL AIR BALANCE, etc.,             )
15                                       )
                          Defendant.     )
16  _____)

17       TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18  take notice that Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL

19  WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS

20  PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104

21  VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, hereby make the

22  following substitution of attorneys:

23  Former Attorneys:
    ERSKINE & TULLEY
24  A PROFESSIONAL CORPORATION
    MICHAEL J. CARROLL (St. Bar #50246)
25  3030 Bridgeway, Suite 231
    Sausalito, CA 94965
26

27  should be removed and, consequently, should no longer receive

28  notice of e-Filings.

    SUBSTITUTION OF ATTORNEY                                         1
```

1 | Plaintiffs' new co-counsel of record will be:

2 | MURIEL B. KAPLAN (St. Bar #124607)
  | MICHELE R. STAFFORD (St. Bar #172509)
3 | SALTZMAN & JOHNSON LAW CORPORATION
  | 44 Montgomery Street, Suite 2110
4 | San Francisco, CA  94104
  | Tel: (415) 882-7900
5 | Fax: (415) 882-9287
  | Email mkaplan@sjlawcorp.com
6 |       mstafford@sjlawcorp.com

7 | The following attorneys consent to this substitution:

8 | Dated: 3/21, 2013        ERSKINE & TULLEY
                             A PROFESSIONAL CORPORATION
9

10                           _____
                             MICHAEL J. CARROLL
11                           Former Attorneys for Plaintiffs
                             Boards of Trustees, et al.
12
   | Dated: 5/29, 2013        SALTZMAN & JOHNSON LAW CORPORATION
13

14                           _____
                             MURIEL B. KAPLAN
15                           New Attorneys for Plaintiffs
                             Boards of Trustees, et al.
16

17

18

19 | The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al.
20 | hereby consent to the above substitution.
21 | Dated: 3/21, 2013        BOARDS OF TRUSTEES OF THE SHEET METAL
                             WORKERS, et al.
22

23                           _____
                             Bruce Word, Trustee
24

25

26 | IT IS SO ORDERED.

27 | Dated: ___6/21___, 2013  _____
                             Judge Susan Illston
28                           United States District Court

SUBSTITUTION OF ATTORNEY                                    2

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 24, 2013, I served the following document(s):

**SUBSITUTION OF ATTORNEYS**

on the interested parties to this action, in the manner described as follows, addressed as below:

XX   **MAIL** by placing the envelope for collection and mailing on the date shown above following our ordinary business practices. Being readily familiar with this business's practice for collecting and processing correspondence for mailing, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed enveloped with postage fully prepaid:

| Total Air Balance Company, Inc.<br>John Hinmon, President<br>1140 Sunset Boulevard, Suite 142<br>Rocklin, CA 95765 | Total Air Balance Company, Inc.<br>John Hinmon, President<br>4340 Stevens Creek Blvd., #167<br>San Jose, CA 95129 |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of June 2013, at San Francisco, California.

*/s/ Alicia Rutkowski*
Alicia Rutkowski