UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE TRUST OF NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOTAL AIR BALANCE COMPANY, INC.,<br><br>    Defendant. | Case No. 11-cv-00030-SI<br><br>**ORDER REFERRING DEBTOR'S EXAM TO MAGISTRATE JUDGE HIXSON**<br><br>Re: Dkt. No. 58 |

This matter is referred to Magistrate Judge Hixson for a Debtor's Examination pursuant to the request filed at Dkt. 58. Judge Hixson will issue the Application with the date and time of the Examination.

**IT IS SO ORDERED**.

Dated: June 9, 2022

_____
SUSAN ILLSTON
United States District Judge